UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>William E. Schafman<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-80079<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

## ORDER DISALLOWING CLAIM NO. 9

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The trustee's motion is sustained. The proof of claim of SN Servicing Corporation claim #9 is disallowed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: June 17, 2021

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368